Emily Gildar Yaron (#028811)
**SNELL & WILMER L.L.P.**
One East Washington Street
Suite 2700
Phoenix, AZ  85004-2556
Telephone:  602.382.6000
Facsimile:  602.382.6070
eyaron@swlaw.com

Attorneys for Defendant Experian Information
Solutions, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Thomas Stram, | Case No. 2:26-cv-00231-SMB |
| Plaintiff, | **APPLICATION FOR SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT PURSUANT TO LRCIV 83.3(B)(1)** |
| v. | |
| TransUnion LLC, et al., | |
| Defendants. | |

Defendant Experian Information Solutions, Inc. ("Experian") applies, pursuant to LRCiv. 83.3(b)(1), to substitute Emily Gildar Yaron of Snell & Wilmer L.L.P as counsel in the place of Alexandra M. Voehringer and Kathleen M. Geyer of Troutman Pepper Locke LLP with written consent of Experian.  This substitution is in accordance with the client's wishes as evidenced by the written approval below.  Experian retained its current counsel for representation regarding  the inception of the case, but now desires to substitute Snell & Wilmer as counsel going forward.  There will be no delay or prejudice suffered by any party as a result of this substitution.  As required by LRCiv. 83.3(b)(1), a proposed written order accompanies this application.

All filings, correspondence, motions, orders, notices, and other papers should be sent to the attention of substituting counsel, whose contact information is as follows:

4921-5523-3971

Emily Gildar Yaron (#028811)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, AZ  85004-2556
Telephone:  602.382.6000
Facsimile:  602.382.6070
eyaron@swlaw.com

DATED this 9th day of June, 2026.

SNELL & WILMER L.L.P.

By:    s/ Emily Gildar Yaron
       Emily Gildar Yaron
       One East Washington Street
       Suite 2700
       Phoenix, AZ  85004
       Attorneys for Defendant Experian
       Information Solutions, Inc.

APPROVED OF BY EXPERIAN
INFORMATION SOLUTIONS, INC.


By: /s/ Kate Neben

Its: Litigation Attorney

Dated: June 9, 2026

- 2 -

4921-5523-3971

## CERTIFICATE OF SERVICE

I certify that on June 9, 2026, I electronically filed the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. I further certify that I sent the attached via email, to:

Michael Thomas Stram
1155 West Grove Pkwy, #345
Tempe, AZ 85283
michael_stram@icloud.com
Pro Se Plaintiff

Leoncio Agustin Gil, III
Marc F Kirkland
Quilling Selander Lownds Winslett & Moser PC
5801 Tennyson Pkwy., Ste. 440
Plano, TX 75024
leon.gil@qslwm.com
mkirkland@qslwm.com
Attorneys for TransUnion LLC

Craig Alan Morgan
Jake Tyler Rapp
Taft Stettinius Hollister LLP
2555 E Camelback Rd., Ste. 1050
Phoenix, AZ 85016
cmorgan@taftlaw.com
jrapp@taftlaw.com
Attorneys for Equifax Information Services LLC

Ritika Singh
Seyfarth Shaw LLP
2323 Ross Ave., Ste. 1660
Dallas, TX 75201
risingh@seyfarth.com
Attorneys for Equifax Information Services LLC

/s/ Paula Shanahan
Paula Shanahan

- 3 -

4921-5523-3971