# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Thomas Stram, | No. CV-26-00231-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| TransUnion LLC, et al., | |
| Defendants. | |

Pursuant to the Application for Substitution of Counsel for Defendant Experian Information Solutions, Inc. (Doc. 63) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Alexandra M. Voehringer and Kathleen M. Geyer of Troutman Pepper Locke LLP are withdrawn as counsel of record for Defendant Experian Information Solutions, Inc. in this case effective immediately.

**IT IS FURTHER ORDERED** that Emily Gildar Yaron of Snell & Wilmer L.L.P. be substituted as counsel of record for Defendant Experian Information Solutions, Inc. in this case, and that all future notices, copies of minute entries, orders, pleadings, and other correspondence be sent to the following:

Emily Gildar Yaron (#028811)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, AZ 85004-255
Telephone:  602.382.6000
Facsimile:  602.382.6070
eyaron@swlaw.com

Dated this 10th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge