# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Thomas Stram, | No. CV-26-00231-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| TransUnion LLC, et al., | |
| Defendants. | |

The Court **denies** Plaintiff Michael Thomas Stram's Motion to Remand (Doc. 16.) The First Amended Complaint (Doc. 15) exclusively asserts claims under federal law, namely, the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*  Thus, removal was appropriate.  *See* 28 U.S.C § 1441(a).

The Court also **denies as moot** Plaintiff's Motion for Leave to File a First Amended Complaint (Doc. 23).  The Motion is unnecessary because Plaintiff filed a First Amended Complaint to which each Defendant has already filed an Answer.  No Defendant objected to the filing of the First Amended Complaint.  Thus, the First Amended Complaint is the operative Complaint.

Dated this 29th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge