**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Thomas Stram, | No. CV-26-00231-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| TransUnion LLC, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Joint Motion to Stay Discovery (Doc. 53),

**IT IS HEREBY ORDERED** that Defendants' Motion is **denied**.

Dated this 1st day of July, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge