**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Thomas Stram, | No. CV-26-00231-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| TransUnion LLC, et al., | |
| Defendants. | |

The Court, having considered Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 58).   No Defendant has filed a response, which the Court construes as consent to granting of the motion.  LR 7.2(i)

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED;

2. Plaintiff shall file the Second Amended Complaint by no later than **July 5, 2026**;

3. Defendants shall file their responsive pleading to the Second Amended Complaint within the time permitted by Federal Rule of Civil Procedure 15(a)(3); and

4. To the extent Defendants' Motion for Judgment on the Pleadings (Doc. 49) is directed solely to the superseded First Amended Complaint, it is DENIED AS MOOT.

Dated this 1st day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge