Emily Gildar Yaron, Bar No. 028811
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:   602.382.6000
Facsimile:    602.382.6070
Email: eyaron@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Thomas Stram, | Case No. 2:26-cv-00231-SMB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| TransUnion LLC, et al., | |
| Defendant. | |

Defendant Experian Information Solutions, Inc. ("Experian") respectfully notifies the Court that Plaintiff Michael Thomas Stram and Experian have reached a settlement in principle as to Plaintiff's allegations against Experian and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Experian. Plaintiff's claims as to the remaining Defendants remain before the Court.

Experian requests that the Court vacate all pending deadlines in this matter as to Experian only. Experian also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: July 2, 2026                              SNELL & WILMER L.L.P.


By: */s/ Emily Gildar Yaron*
        Emily Gildar Yaron
        *Attorneys for Defendant*
        *Experian Information Solutions, Inc.*

4924-6749-6890

**CERTIFICATE OF SERVICE**

I certify that on July 2, 2026, I electronically filed the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. I further certify that I sent the attached via email to:

Michael Thomas Stram
1155 West Grove Pkwy, #345
Tempe, AZ 85283
michael_stram@icloud.com
Pro Se Plaintiff

Leoncio Agustin Gil, III
Marc F Kirkland
Quilling Selander Lownds Winslett & Moser PC
5801 Tennyson Pkwy., Ste. 440
Plano, TX 75024
leon.gil@qslwm.com
mkirkland@qslwm.com
Attorneys for TransUnion LLC

Craig Alan Morgan
Jake Tyler Rapp
Taft Stettinius Hollister LLP
2555 E Camelback Rd., Ste. 1050
Phoenix, AZ 85016
cmorgan@taftlaw.com
jrapp@taftlaw.com
Attorneys for Equifax Information Services LLC

Ritika Singh
Seyfarth Shaw LLP
2323 Ross Ave., Ste. 1660
Dallas, TX 75201
risingh@seyfarth.com
Attorneys for Equifax Information Services LLC

/s/ Paula Shanahan
Paula Shanahan

- 2 -

4924-6749-6890