Michael Thomas Stram

1155 West Grove Parkway, Apt 345

Tempe, AZ 85283

Phone: 972-802-0081

Email: michael_stram@icloud.com

Plaintiff Pro Se

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Michael Thomas Stram,                    No. 2:26-cv-00231-PHX-SMB

            Plaintiff,

v.

TransUnion LLC,                          **MOTION TO ADVANCE**

                                         **SETTLEMENT CONFERENCE**

            Defendant.

Plaintiff Michael Thomas Stram, appearing pro se, respectfully moves this Court to advance the settlement conference in this matter, currently subject to an October 30, 2026 deadline, to August 28, 2026. In support of this motion, Plaintiff states as follows:

1. This action was originally filed against three consumer reporting agency defendants: Equifax Information Services LLC, Experian Information Solutions, Inc., and TransUnion LLC.

2. Defendant Experian Information Solutions, Inc. has settled its claims with Plaintiff. A Notice of Settlement was filed on the docket on July 2, 2026 (Doc. 68).

3. Defendant Equifax Information Services LLC has likewise reached a settlement with Plaintiff and the parties are in the process of finalizing and executing a settlement agreement.

4. As a result, Defendant TransUnion LLC is the sole remaining defendant in this action.

5. Advancing the settlement conference will conserve judicial resources and the resources of the remaining parties, and will allow the single remaining dispute to be addressed without the delay associated with the current October 30, 2026 deadline.

6. Plaintiff respectfully requests that the Court set the settlement conference for August 28, 2026, or as close to that date as the Court's calendar permits.

WHEREFORE, Plaintiff respectfully requests that the Court advance the settlement conference in this matter to August 28, 2026.

Respectfully submitted,

/s/ Michael Thomas Stram

Michael Thomas Stram, Plaintiff Pro Se

Dated: July 2, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Michael Thomas Stram

Michael Thomas Stram, Plaintiff Pro Se