SEYFARTH SHAW LLP
Ritika Singh, Admitted *Pro Hac Vice*
risingh@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Michael Thomas Stram, | Case No. 2:26-cv-00231-SMB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC, | |
| Defendants. | |

Defendant EQUIFAX INFORMATION SERVICES LLC, by its attorneys, hereby notifies the Court that Plaintiff and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Equifax. Plaintiff therefore requests that the Court vacate all pending deadlines in this matter as to Equifax. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

326943253v.1

DATED: July 7, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Ritika Singh*
Ritika Singh, Admitted *Pro Hac Vice*
rsingh@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone:  (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC*

2

MASTER CAPTION

326943253v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2026, I served the foregoing NOTICE OF SETTLEMENT upon all counsel of record via electronic mail.

*/s/ Ritika Singh*
Ritika Singh
*Counsel for Defendant*
*Equifax Information Services LLC*

326943253v.1